Attorneys for Plaintiff, Janie McGhee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 06 2942 CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s), Janie McGhee<br><br>Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, JANIE MCGHEE, and Defendants, PFIZER, INC., et al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 17, 2009

By: _____
Peter L. Kaufman
Attorneys for Plaintiff, Janie McGhee

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: August 6, 2009     GORDON & REES

By: /s/
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 3 2009

Hon. Charles R. Breyer
United States District Court

-2-

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**